Gibney

23

FRANCIS SCHAEFFER COX
16179-006
PO Box 33
Terre Haute, IN 47808

US District Court Clerk
401 Courthouse SQ
2nd Floor
Alexandra, VA 22314

October 12th, 2018

Dear Clerk,

    Please file this complaint and send me a conformed copy. The $400.00 filing fee has been paid seperatly by check.  The check's memo is "Cox v. Eberle, filing fee".

Thank You,

Francis Schaeffer Cox

*The checks on its way.*