12/2/18

TO. THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
701 E. BROAD STREET SUITE 3000
Richmond, VA 23219

FILED
DEC 12 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CAUSE No: 3:18-CV-774

From. FRANCIS SCHAEFFER COX #16179-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

DEAR CLERK:

I AM IN RECEIPT OF THE COURT'S ORDER
From November 19, 2018, ORDERING THAT I fill out And
RETURN papers Regarding proceeding in FORMA PAUPERIS.
PLEASE NOTE THAT I AM NOT REQUESTING
TO PROCEED IN FORMA PAUPERIS. This SUIT WAS ORIGINALLY
SENT OUT TO THE UNITED STATES DISTRICT COURT IN
ALEXANDRIA, VA AND THE $400 FILING FEE WAS SENT
TO ALEXANDRIA AND THEN SENT BACK TO MY FAMILY due
TO THIS ISSUE being TRANSFERRED TO THIS Richmond
DISTRICT COURT.
PLEASE be Advised ThAT MY FAMILY
is IN THE PROCESS of SENDING THE FULL $400 FILING FEE
FOR THIS lAWSUIT SO THAT iT CAN PROCEED.

ONCE PAYMENT IS RECEIVED, I ASK THAT you pleASe SENd THE SignEd SEAlEd SummoNs AT youR VERy EARLIEST, AS well AS A RECEIpT CoNfiRminG ThAT pAymENT hAS bEEN RECEIVEd.   THANK You!

RESpectfully SubmiTTEd,

SigNedi   _____   12-2-18

NAME: Francis Schaeffer Cox

NUMBER: 16179-006

Federal Correctional Institution

P.O. Box 33

Terre Haute, IN 47808

Clerk of Court

U.S. Dist. Court

701 E. Broad St.

Suite 3000

Richmond, VA 23219

Houston v. Lack 12-3-18

23219-352899